# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| FERRARIO, DANIEL L | § | Case No. 12-25823 |
| | § | |
| Debtor(s) | § | |

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that MICHAEL G. BERLAND, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

CLERK OF THE COURT
219 S. Dearborn
Chicago, IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:15 AM on 04/25/2014 in Courtroom ,

Joliet City Hall
150 West Jefferson,2nd floor, Joliet, Illinois

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  03/18/2014_____          By: /s/ Michael G. Berland_____
                                            Trustee

*MICHAEL G. BERLAND*
*1 NORTH LASALLE STREET*
*STE 1775*
*CHICAGO, IL 60602*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re:                                     §
                                           §
FERRARIO, DANIEL L                         §          Case No. 12-25823
                                           §
            Debtor(s)                      §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 460,000.00 |
| and approved disbursements of | $ | 4,765.92 |
| leaving a balance on hand of[1] | $ | 455,234.08 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: MICHAEL G. BERLAND | $         25,000.00 | $            0.00 | $         25,000.00 |
| Trustee Expenses: MICHAEL G. BERLAND | $              368.00 | $            0.00 | $              368.00 |
| Accountant for Trustee Fees: Gloria Longest | $              500.00 | $         500.00 | $                  0.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 25,368.00 |
| Remaining Balance | $ | 429,866.08 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,362,649.00  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 31.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|-----------|----------|------------------------|------------------------|------------------|
| 000001 | First Financial Bank, N.A. | $      1,362,649.00 | $      0.00 | $      429,866.08 |

| | | |
|---|---|---|
| Total to be paid to timely general unsecured creditors | $ | 429,866.08 |
| Remaining Balance | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Michael G. Berland

Trustee

*MICHAEL G. BERLAND*
*1 NORTH LASALLE STREET*
*STE 1775*
*CHICAGO, IL 60602*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 12-25823-BWB
Daniel L Ferrario                                                         Chapter 7
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: gbeemster          Page 1 of 1          Date Rcvd: Mar 19, 2014
                             Form ID: pdf006           Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 21, 2014.
db            +Daniel L Ferrario,   15306 S. James Street,   Plainfield, IL 60544-2145
19085723      +First Finacial Bank,   2490 E. Camelback Rd.,   Phoenix, AZ 85016
19676984      +First Financial Bank, N.A.,   c/o Richard B. Polony,   Hinshaw & Culbertson, LLP,
               222 North LaSalle Street, Suite 300,   Chicago, Illinois 60601-1081
19085724      +Keith G. Walderson,   P.O. Box 2585,   Carefree, AZ 85377-2585
19085725      +Michael J. Coccaro,   One Arizona Center,   400 E. VanBuren,   Phoenix, AZ 85004-2223

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2014                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 18, 2014 at the address(es) listed below:
          Bradley J Waller   on behalf of Trustee Bradley J Waller bjwtrustee@ksbwl.com,
           bwaller@ecf.epiqsystems.com
          Michael G Berland   on behalf of Trustee Michael G Berland einstein829@earthlink.net,
           IL33@ecfcbis.com;mberland@ecf.epiqsystems.com
          Michael G Berland   einstein829@earthlink.net,   IL33@ecfcbis.com;mberland@ecf.epiqsystems.com
          Patrick A Meszaros   on behalf of Debtor Daniel L Ferrario patrickmeszaros@yahoo.com
          Patrick A Meszaros   on behalf of Defendant Daniel L Ferrario patrickmeszaros@yahoo.com
          Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
          Richard B. Polony   on behalf of Creditor   First Financial Bank, N.A. rpolony@hinshawlaw.com,
           vlorber@hinshawlaw.com
          Richard B. Polony   on behalf of Plaintiff   First Financial Bank, N.A. rpolony@hinshawlaw.com,
           vlorber@hinshawlaw.com
                                                                                      TOTAL: 8