UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re:                                  §
                                        §
FERRARIO, DANIEL L                      §     Case No. 12-25823
                                        §
          Debtor(s)                     §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

MICHAEL G. BERLAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $     (see **Exhibit 2**), yielded net receipts of $          from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

    4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____  By:/s/MICHAEL G. BERLAND_____
                                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MICHAEL G. BERLAND | | | | | |
| MICHAEL G. BERLAND | | | | | |
| CONGRESSIIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| INTENRAL REVENUE SERVICE | | | | | |
| LONGEST, GLORIA | | | | | |
| LONGEST, GLORIA | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Michael J. Coccaro One Arizona Center 400 E. VanBuren Phoenix, AZ 85004-2202 | | | | | |
| 000001 | FIRST FINANCIAL BANK, N.A. | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 12-25823 | BL | Judge: Bruce W. Black | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|---|---|
| Case Name: | FERRARIO, DANIEL L | | | Date Filed (f) or Converted (c): | 06/27/12 (f) |
| | | | | 341(a) Meeting Date: | 07/23/12 |
| For Period Ending: | 06/09/14 | | | Claims Bar Date: | 10/24/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 15306 S. James Street, Plainfield, IL 60544 Home | 139,000.00 | 0.00 | | 0.00 | FA |
| 2. Financial Accounts First Midwest | 4,000.00 | 0.00 | | 0.00 | FA |
| 3. Financial Accounts Trust Company Of America | 21,755.88 | 21,755.88 | | 21,755.88 | FA |
| The sum of $460,000, which covered this this asset and all other assets, which could be liquidated per the settlement agreement, was receivied in the latter part of November after the end of the reporting period of September 30, 2013. The $460,000 recovery also covered assets 4,5,6,7, 14,16,17,18,19. | | | | | |
| 4. Financial Accounts Stofan Agazzi | 59,147.55 | 59,147.55 | | 59,147.55 | FA |
| 5. Financial Accounts Pacfic Annuity | 54,871.82 | 54,871.82 | | 54,871.82 | FA |
| The trustee has to detrmine if there are any taxes payable by the estate. | | | | | |
| 6. Financial Accounts Phoenix Companies | 175.00 | 0.00 | | 0.00 | FA |
| 7. Financial Accounts Vitrus Investments | 355.50 | 0.00 | | 0.00 | FA |
| 8. Financial Accounts First Midwest (u) | 18,540.94 | 18,540.94 | | 18,540.94 | FA |
| 9. Household Goods | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 10. Wearing Apparel | 1,000.00 | 0.00 | | 0.00 | FA |
| 11. Pension / Profit Sharing | 310,466.68 | 0.00 | | 0.00 | FA |
| 12. Pension / Profit Sharing | 387,901.01 | 0.00 | | 0.00 | FA |
| 13. Stock | 0.00 | Unknown | | 0.00 | FA |
| 14. OTHER-Tax refund (u) | 6,165.95 | 6,165.95 | | 6,165.95 | FA |
| 2008 tax return refund | | | | | |
| 15. entered in error | 0.00 | 0.00 | | 0.00 | FA |
| 16. Interest in account - First Midwest Bank (u) | 0.00 | 116,276.34 | | 116,276.34 | FA |
| Debtor and nonfiling spouse had a joint account at First Midwest Bank. Monies were transferred to spouse, which will be recovered as part of a settlement | | | | | |

LFORM1

**UST Form 101-7-TDR (5/1/2011)** *(Page: 7)*

Ver: 17.04c

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| Case No: | 12-25823 | BL | Judge: Bruce W. Black | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|---|---|
| Case Name: | FERRARIO, DANIEL L | | | Date Filed (f) or Converted (c): | 06/27/12 (f) |
| | | | | 341(a) Meeting Date: | 07/23/12 |
| | | | | Claims Bar Date: | 10/24/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 17. Interest in account at Stofan Agazzi & Company (u)<br>Duplicate entry of #4. | 0.00 | 60,000.00 | | 60,000.00 | FA |
| 18. Interest in account - Trust Company of America (u)<br>Brokerage account at Trust Company of America was split in September of 2011 into two separate accounts. Monies will be reocvered as part of a settlement | 0.00 | 114,468.43 | | 114,468.43 | FA |
| 19. Interest in joint account - Chase Bank (u)<br>Debor and nonfiling spouse had a joint checking account with $17,546.19 in the account at Chase Bank. Monies will be recovered as part of a settlement | 0.00 | 8,773.09 | | 8,773.09 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $1,004,380.33 | $461,000.00 | | $460,000.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

This case was reassigned when the former trustee resigned.There is single creditor in this case. The trustee and the
creditor negotiated a total settlement of $460,000, which was paid to the trustee. The $460,000 total settlement
incluilded both assets listed on the bankruptcy scheduels and unscheduled assets located after the filing of the
case.The Trustee employed an accountant and then filed tax returns, which were approved.

Initial Projected Date of Final Report (TFR): 06/30/13      Current Projected Date of Final Report (TFR): 12/31/16

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 12-25823 -BL | | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|---|
| Case Name: | FERRARIO, DANIEL L | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******0119  Checking Account |
| Taxpayer ID No: | *******7527 | | | |
| For Period Ending: | 06/09/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/25/13 | * NOTE * | Daniel Ferrario | Payment of settlement per court ord | 1241-000 | 460,000.00 | | 460,000.00 |
| | | | This deposit covers both scheduled items 3,4,5,7,8,,14 | | | | |
| | | | and unscheduled items 16,17,18, and 19 | | | | |
| | | | * NOTE *  Properties 3, 4, 5, 8, 14, 16, 17, 18, 19 | | | | |
| 12/05/13 | | Congressional Bank | BANK SERVICE FEE | 2600-000 | | 78.77 | 459,921.23 |
| 01/08/14 | | Congressional Bank | BANK SERVICE FEE | 2600-000 | | 488.28 | 459,432.95 |
| 02/04/14 | 001001 | Intenral Revenue Service | Payment to IRS tax due | 2810-000 | | 3,211.00 | 456,221.95 |
| 02/06/14 | | Congressiional Bank | BANK SERVICE FEE | 2600-000 | | 487.87 | 455,734.08 |
| 02/10/14 | 001002 | Gloria Longest | Payment of accountant per court order | 3410-000 | | 500.00 | 455,234.08 |
| 04/28/14 | 001003 | MICHAEL G. BERLAND<br>1 NORTH LASALLE STREET<br>STE 1775<br>CHICAGO, IL  60602 | Chapter 7 Compensation/Fees | 2100-000 | | 25,000.00 | 430,234.08 |
| 04/28/14 | 001004 | MICHAEL G. BERLAND<br>1 NORTH LASALLE STREET<br>STE 1775<br>CHICAGO, IL  60602 | Chapter 7 Expenses | 2200-000 | | 368.00 | 429,866.08 |
| 04/28/14 | 001005 | First Financial Bank, N.A.<br>c/o Richard B. Polony<br>Hinshaw & Culbertson, LLP<br>222 North LaSalle Street, Suite 300<br>Chicago, Illinois 60601 | Claim 000001, Payment 31.54635% | 7100-000 | | 429,866.08 | 0.00 |

Page Subtotals    460,000.00    460,000.00

Ver: 17.04c

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 9)

Page: 2

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 12-25823 -BL |
| Case Name: | FERRARIO, DANIEL L |
| Taxpayer ID No: | *******7527 |
| For Period Ending: | 06/09/14 |

| | |
|---|---|
| Trustee Name: | MICHAEL G. BERLAND |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******0119  Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 460,000.00 | 460,000.00 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 460,000.00 | 460,000.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 460,000.00 | 460,000.00 | |
| | | | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| | | | TOTAL - ALL ACCOUNTS | | | | |
| | | | Checking Account - ********0119 | | 460,000.00 | 460,000.00 | 0.00 |
| | | | | | ---------------------- | ---------------------- | ---------------------- |
| | | | | | 460,000.00 | 460,000.00 | 0.00 |
| | | | | | ============ | ============ | ============ |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     0.00     0.00

Ver: 17.04c

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 10)*